**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**CASE NO: 2:21-cv-10107-SJM-KGA**

**RENESHA HENDERSON,**
individually and on behalf of all
others similarly situated,

        **CLASS ACTION**

    Plaintiff,

        **JURY TRIAL DEMANDED**

v.

**R & R CAR COMPANY LLC,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Renesha Henderson hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Dated: March 14, 2021

        Respectfully submitted,

        **HIRALDO P.A.**

By:   */s/ Manuel S. Hiraldo*
      Manuel S. Hiraldo, Esq.
      Florida Bar No. 30380
      401 E. Las Olas Boulevard
      Suite 1400
      Ft. Lauderdale, Florida 33301
      mhiraldo@hiraldolaw.com
      (t) 954.400.4713