UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RENESHA HENDERSON,**

                                          Case No. 2:21-cv-10107-SJM-KGA

    Plaintiff,                      HONORABLE STEPHEN J. MURPHY, III

v.

**R & R CAR COMPANY LLC,**

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff RENESHA HENDERSON and Defendant, R&R CAR COMPANY LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety **with** prejudice, with each party bearing its own fees and costs.

All claims of the putative class are hereby dismissed **without** prejudice.

Dated: March 26, 2021

2

Respectfully submitted,

| By: */s/ Ignacio Hiraldo*<br>Ignacio Hiraldo, Esq.<br>**IJH Law**<br>1200 Brickell Ave. Suite 1950<br>Miami, FL 33131<br>E: IJhiraldo@IJhlaw.com<br>T: 786-496-4469<br><br>***Attorney for Plaintiff*** | */s/ Stephen W. King (w/ permission)*<br>Stephen W. King (P56456)<br>**King and Murray, PLLC**<br>355 S. Old Woodward Ave., Ste 100<br>Birmingham, MI 48009<br>E: Sking@kingandmurray.com<br>T: (248) 794-2396<br><br>***Attorney for Defendant*** |
|---|---|

3

4