UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENESHA HENDERSON,

        Plaintiff,

v.

R & R CAR COMPANY LLC,

        Defendant.
_____/

Case No. 2:21-cv-10107

HONORABLE STEPHEN J. MURPHY, III

### ORDER OF DISMISSAL WITH PREJUDICE

The parties notified the Court that they have settled the case through a joint stipulation. ECF 10, PgID 62. The stipulation states that the dismissal is with prejudice and that each party will bear its own fees and costs. *Id.* Because the case has settled, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case with prejudice with each party bearing its own fees and costs.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: March 31, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2021, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager